CROCKER, v. VANBRUNT.

---

## CROCKER, vs. VANBRUNT.

THE affidavit required by the third sub-division of *Ch.*, *Rule* 112, to authorize the Commissioner to grant an injunction without notice to the adverse party, may be made by the complainant, as well as by any other person.

*Allegan Circuit Court, October*, 1869.

Motion to dissolve an injunction, granted by a Circuit Court Commissioner, for the reason that the affidavit required by the third sub-division of *Ch.*, *Rule* 112, was made by the complainant.

*H. H. Coolidge & Son*, for Complainant.

*F. J. Littlejohn*, for Defendant.

BROWN, J.—By *Ch.*, *Rule* 112, adopted as a restriction upon powers of commissioners, it is provided that no commissioner shall grant any injunction, without first giving reasonable notice of the time and place of hearing the application therefor, to the adverse party, " unless, in his opinion, the peculiar exigences of the case require it, for manifest reasons, to be shown by affidavit."

The rule is not restrictive as to who shall make the affidavit. It may be made by any person having knowledge of " the peculiar exigences of the case."